UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

2009 JUN 10  A II: 07

SIGN_____
BY DEPUTY CLERK

MICHAEL CLENNON (#323402)

VERSUS                                    CIVIL ACTION NO.: 08-677-JVP-DLD

JAMES M. LEBLANC, ET AL

## RULING

The court, having carefully considered the complaint, the record, the law

applicable to this action, and the Report and Recommendation of United States

Magistrate Judge Docia L. Dalby dated May 15, 2009, to which no objection has

been filed, hereby approves the report and recommendation of the magistrate judge

and adopts it as the court's opinion.

Accordingly, the defendants' Motion to Dismiss (doc. 16) is hereby **DENIED**.

Baton Rouge, Louisiana, June _10_, 2009.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA